IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BURDEN, | ) | CASE NO. 5:14-cv-02271-MHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT LEXISNEXIS RISK DATA RETRIEVAL SERVICES LLC'S ANSWER TO PLAINTIFF'S COMPLAINT

Now comes Defendant LexisNexis Risk Data Retrieval Services LLC

("LNRDRS") and answers the Complaint of Plaintiff William Burden ("Plaintiff") as follows.

LNRDRS denies all allegations in the Complaint that it does not explicitly admit.  LNRDRS

does not purport to answer on behalf of Equifax Information Solutions, LLC ("Equifax"),

Experian Information Solutions, Inc. ("Experian"), TransUnion LLC ("TransUnion"), Kroll

Factual Data, Inc. ("Kroll"), DataQuick Lending Solutions, Inc. ("DataQuick"), Credit First,

N.A. ("Credit First"), and Webbank ("Web Bank"), and answers only on its own behalf as

follows:

### PRELIMINARY STATEMENT

1.      LNRDRS admits that Plaintiff purports to bring this case under the

Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § § 1681 *et seq*.  LNRDRS denies the

remaining allegations in paragraph 1 of the Plaintiff's Complaint.

2.      LNRDRS states that the allegations contained in paragraph 2 of

Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

3.    LNRDRS states that the allegations contained in paragraph 3 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

4.    LNRDRS states that the allegations contained in paragraph 4 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

5.    LNRDRS states that the allegations contained in paragraph 5 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

6.    LNRDRS states that the allegations contained in paragraph 6 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

7.    LNRDRS states that the allegations contained in paragraph 7 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

8.    LNRDRS states that the allegations contained in paragraph 8 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

9.    LNRDRS states that the allegations contained in paragraph 9 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

10.     LNRDRS states that the allegations contained in paragraph 10 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

11.     LNRDRS states that the allegations contained in paragraph 11 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

12.     LNRDRS states that paragraph 12 of Plaintiff's Complaint alleges a legal conclusion and does not allege conduct against LNRDRS for which a responsive pleading is required, therefore LNRDRS need not respond beyond its general denial.

13.     LNRDRS states that the allegations contained in paragraph 13 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

14.     LNRDRS states that the allegations contained in paragraph 14 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

15.     LNRDRS states that the allegations contained in paragraph 15 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

16.     LNRDRS states that the allegations contained in paragraph 16 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

17.     LNRDRS states that the allegations contained in paragraph 17 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive

pleading is required, and LNRDRS therefore need not respond beyond its general denial.

18.     LNRDRS states that the allegations contained in paragraph 18 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

19.     LNRDRS states that the allegations contained in paragraph 19 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

20.     LNRDRS states that the allegations contained in paragraph 20 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

21.     LNRDRS states that the allegations contained in paragraph 21 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

22.     LNRDRS states that the allegations contained in paragraph 22 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

23.     LNRDRS states that the allegations contained in paragraph 23 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

24.     LNRDRS states that the allegations contained in paragraph 24 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

25.     LNRDRS states that the allegations contained in paragraph 25 of

Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

26.     LNRDRS states that the allegations contained in paragraph 26 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

27.     LNRDRS states that the allegations contained in paragraph 27 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

28.     LNRDRS states that the allegations contained in paragraph 28 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

29.     LNRDRS states that the allegations contained in paragraph 29 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

30.     LNRDRS states that the allegations contained in paragraph 30 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

31.     LNRDRS states that the allegations contained in paragraph 31 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

32.     LNRDRS denies the allegations in paragraph 32 of the Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted on the basis that the term "mixed files" is undefined and subject

to conflicting definitions.

33. LNRDRS denies the allegations in paragraph 33 of the Plaintiff's Complaint.

34. LNRDRS states that the allegations contained in paragraph 34 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

35. LNRDRS states that the allegations contained in paragraph 35 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

36. LNRDRS states that the allegations contained in paragraph 36 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

37. LNRDRS states that the allegations contained in paragraph 37 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

38. LNRDRS states that the allegations contained in paragraph 38 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

39. LNRDRS states that the allegations contained in paragraph 39 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive pleading is required, and LNRDRS therefore need not respond beyond its general denial.

40. LNRDRS states that the allegations contained in paragraph 40 of Plaintiff's Complaint do not allege conduct against LNRDRS for which a responsive

pleading is required, and LNRDRS therefore need not respond beyond its general denial.

41.     LNRDRS admits that Plaintiff purports to seek compensatory, statutory, punitive damages, costs of suit, and attorneys' fees. LNRDRS denies that Plaintiff is entitled to receive those damages, costs, or fees from LNRDRS. LNRDRS denies the remaining allegations in paragraph 41 of Plaintiff's Complaint.

## JURISDICTION & VENUE

42.     LNRDRS admits that this Court has jurisdiction over actions arising under the FCRA. LNRDRS denies the remaining allegations in paragraph 42 of Plaintiff's Complaint.

43.     LNRDRS denies the allegations in paragraph 43 of Plaintiff's Complaint because it lacks knowledge or information sufficient to form a belief as to the truth of those allegations.

## PARTIES

44.     LNRDRS denies the allegations in paragraph 44 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

45.     LNRDRS denies the allegations in paragraph 45 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

46.     LNRDRS denies the allegations in paragraph 46 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

47.     LNRDRS denies the allegations in paragraph 47 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

48.     LNRDRS states that paragraph 48 of Plaintiff's Complaint is an allegation that does not require a responsive pleading, therefore LNRDRS need not respond beyond its general denial.

49.     LNRDRS denies the allegations in paragraph 49 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

50.     LNRDRS denies the allegations in paragraph 50 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

51.     LNRDRS denies the allegations in paragraph 51 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

52.     LNRDRS denies the allegations in paragraph 52 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

53.     LNRDRS denies the allegations in paragraph 53 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

54.     LNRDRS denies the allegations in paragraph 54 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

55.     LNRDRS denies the allegations in paragraph 55 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

56.     LNRDRS denies the allegations in paragraph 56 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

57.     LNRDRS admits that it is a limited liability company that conducts business in the Northern District of Alabama, and has a principal place of business at 1000 Alderman Driver, Alpharetta, GA 30005. LNRDRS states that Paragraph 57 alleges a legal conclusion to which no response is necessary. To the extent that any facts are alleged, LNRDRS denies the allegations in paragraph 57 of Plaintiff's Complaint.

58.     LNRDRS denies the allegations in paragraph 58 of Plaintiff's Complaint.

59.     LNRDRS denies the allegations in paragraph 59 of Plaintiff's Complaint.

60.     LNRDRS denies the allegations in paragraph 60 of Plaintiff's Complaint.

61.     LNRDRS denies the allegations in paragraph 61 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

62.     LNRDRS denies the allegations in paragraph 62 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## FACTUAL ALLEGATIONS

63.     LNRDRS denies the allegations in paragraph 63 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

64.     LNRDRS denies the allegations in paragraph 64 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

65.     LNRDRS denies the allegations in paragraph 65 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

66.     LNRDRS denies the allegations in paragraph 66 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

67.     LNRDRS denies the allegations in paragraph 67 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

68.     LNRDRS denies the allegations in paragraph 68 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

69.     LNRDRS denies the allegations in paragraph 69 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

70.     LNRDRS denies the allegations in paragraph 70 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

71.     LNRDRS denies the allegations in paragraph 71 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

72.     LNRDRS denies the allegations in paragraph 72 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

73.     LNRDRS denies the allegations in paragraph 73 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

74.     LNRDRS denies the allegations in paragraph 74 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

75.     LNRDRS denies the allegations in paragraph 75 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

76.     LNRDRS denies the allegations in paragraph 76 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

77.     LNRDRS denies the allegations in paragraph 77 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

78.     LNRDRS denies the allegations in paragraph 78 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

79.     LNRDRS denies the allegations in paragraph 79 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

80.     LNRDRS denies the allegations in paragraph 80 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

81.     LNRDRS denies the allegations in paragraph 81 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

82.     LNRDRS denies the allegations in paragraph 82 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

83.     LNRDRS denies the allegations in paragraph 83 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

84.     LNRDRS denies the allegations in paragraph 84 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

85.     LNRDRS denies the allegations in paragraph 85 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the

truth of the matters asserted.

86.     LNRDRS denies the allegations in paragraph 86 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

87.     LNRDRS denies the allegations in paragraph 87 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

88.     LNRDRS denies the allegations in paragraph 88 of Plaintiff's Complaint.

89.     LNRDRS denies the allegations in paragraph 89 of Plaintiff's Complaint.

90.     LNRDRS denies the allegations in paragraph 90 of the Plaintiff's Complaint.

91.     LNRDRS denies the allegations in paragraph 91 of Plaintiff's Complaint.

92.     LNRDRS denies the allegations in paragraph 92 of Plaintiff's Complaint.

93.     LNRDRS denies the allegations in paragraph 93 of Plaintiff's Complaint.

94.     LNRDRS denies the allegations in paragraph 94 of Plaintiff's Complaint.

95.     LNRDRS denies the allegations in paragraph 95 of Plaintiff's Complaint.

96. LNRDRS denies the allegations in paragraph 96 of Plaintiff's Complaint.

97. LNRDRS denies the allegations in paragraph 97 of Plaintiff's Complaint.

98. LNRDRS denies the allegations in paragraph 98 of the Plaintiff's Complaint.

99. LNRDRS denies the allegations in paragraph 99 of Plaintiff's Complaint.

100. LNRDRS denies the allegations in paragraph 100 of Plaintiff's Complaint.

101. To the extent the allegations are directed to LNRDRS, it denies the allegations in paragraph 101 of Plaintiff's Complaint. LNRDRS denies the remaining allegations in paragraph 101 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

102. LNRDRS denies the allegations in paragraph 102 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

103. LNRDRS denies the allegations in paragraph 103 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

104. LNRDRS denies the allegations in paragraph 104 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

105. LNRDRS denies the allegations in paragraph 105 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

106. LNRDRS denies the allegations in paragraph 106 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

107. To the extent the allegations are directed to LNRDRS, it denies the allegations in paragraph 107 of Plaintiff's Complaint. LNRDRS denies the remaining allegations in paragraph 107 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

108. LNRDRS denies the allegations in paragraph 108 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

109. LNRDRS denies the allegations in paragraph 109 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

110. LNRDRS denies the allegations in paragraph 110 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

111. LNRDRS denies the allegations in paragraph 111 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

112. LNRDRS denies the allegations in paragraph 112 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

113.     To the extent the allegations relate to Equifax, Experian, Trans Union, Kroll, Data Quick, Credit One, and Web Bank, LNRDRS denies the allegations in paragraph 113 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted. LNRDRS denies the remaining allegations in paragraph 113 of Plaintiff's Complaint.

114.     To the extent the allegations relate to Equifax, Experian, Trans Union, Kroll, Data Quick, Credit One, and Web Bank, LNRDRS denies the allegations in paragraph 114 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted. LNRDRS denies the remaining allegations in paragraph 114 of Plaintiff's Complaint.

## CLAIM 1 – ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against Equifax)
### (Alleged Negligent Noncompliance with FCRA)

115.     LNRDRS restates and incorporates its responses to paragraphs 1 through 114 above as though fully stated herein.

116.     LNRDRS denies the allegations in paragraph 116 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

117.     LNRDRS denies the allegations in paragraph 117 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

118.     LNRDRS denies the allegations in paragraph 118 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 2 – ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against Equifax)
### (Alleged Willful Noncompliance with FCRA)

119. LNRDRS restates and incorporates its responses to paragraphs 1 through 118 as though fully stated herein.

120. LNRDRS denies the allegations in paragraph 120 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

121. LNRDRS denies the allegations in paragraph 121 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

122. LNRDRS denies the allegations in paragraph 122 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 3 – ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against Experian)
### (Alleged Negligent Noncompliance with the FCRA)

123. LNRDRS restates and incorporates its responses to paragraphs 1 through 122 as though fully stated herein.

124. LNRDRS denies the allegations in paragraph 124 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

125. LNRDRS denies the allegations in paragraph 125 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

126. LNRDRS denies the allegations in paragraph 126 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

127. LNRDRS denies the allegations in paragraph 127 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

128. LNRDRS denies the allegations in paragraph 128 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

**CLAIM 4 – ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**(Against Experian)**
**(Alleged Willful Noncompliance with the FCRA)**

129. LNRDRS restates and incorporates its responses to paragraphs 1 through 128 as though fully stated herein.

130. LNRDRS denies the allegations in paragraph 130 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

131. LNRDRS denies the allegations in paragraph 131 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

132. LNRDRS denies the allegations in paragraph 132 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the

truth of the matters asserted.

## CLAIM 5 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against Trans Union)
### (Alleged Negligent Noncompliance with the FCRA)

133.    LNRDRS restates and incorporates its responses to paragraphs 1 through 132 as though fully stated herein.

134.    LNRDRS denies the allegations in paragraph 134 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

135.    LNRDRS denies the allegations in paragraph 135 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

136.    LNRDRS denies the allegations in paragraph 136 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 6 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against Trans Union)
### (Alleged Willful Noncompliance with the FCRA)

137.    LNRDRS restates and incorporates its responses to paragraphs 1 through 136 as though fully stated herein.

138.    LNRDRS denies the allegations in paragraph 138 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

139.    LNRDRS denies the allegations in paragraph 139 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the

truth of the matters asserted.

140. LNRDRS denies the allegations in paragraph 140 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 7 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against KROLL)
### (Alleged Negligent Noncompliance with the FCRA)

141. LNRDRS restates and incorporates its responses to paragraphs 1 through 140 as though fully stated herein.

142. LNRDRS denies the allegations in paragraph 142 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

143. LNRDRS denies the allegations in paragraph 143 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

144. LNRDRS denies the allegations in paragraph 144 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 8 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against KROLL)
### (Alleged Willful Noncompliance with the FCRA)

145. LNRDRS restates and incorporates its responses to paragraphs 1 through 144 as though fully stated herein.

146. LNRDRS denies the allegations in paragraph 146 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the

truth of the matters asserted.

147. LNRDRS denies the allegations in paragraph 147 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

148. LNRDRS denies the allegations in paragraph 148 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 9 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against DATA QUICK)
### (Alleged Negligent Noncompliance with the FCRA)

149. LNRDRS restates and incorporates its responses to paragraphs 1 through 148 as though fully stated herein.

150. LNRDRS denies the allegations in paragraph 150 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

151. LNRDRS denies the allegations in paragraph 151 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

152. LNRDRS denies the allegations in paragraph 152 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.


## CLAIM 10 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against DATA QUICK)
### (Alleged Willful Noncompliance with the FCRA)

153.     LNRDRS restates and incorporates its responses to paragraphs 1 through 152 as though fully stated herein.

154.     LNRDRS denies the allegations in paragraph 154 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

155.     LNRDRS denies the allegations in paragraph 155 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

156.     LNRDRS denies the allegations in paragraph 156 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 11 – ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against LEXISNEXIS)
### (Alleged Negligent Noncompliance with the FCRA)

157.     LNRDRS restates and incorporates its responses to paragraphs 1 through 156 as though fully stated herein.

158.     LNRDRS denies the allegations in paragraph 158 of Plaintiff's Complaint.

159.     LNRDRS denies the allegations in paragraph 159 of Plaintiff's Complaint.

160.     LNRDRS states that the allegations in paragraph 160 of Plaintiff's Complaint are legal conclusions that require no response.  To the extent that any facts are alleged, LNRDRS denies all allegations in paragraph 160 of Plaintiff's Complaint.

**CLAIM 12 – ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**(Against LEXISNEXIS)**
**(Alleged Willful Noncompliance with the FCRA)**

161.    LNRDRS restates and incorporates its responses to paragraphs 1 through 160 as though fully stated herein.

162.    LNRDRS denies the allegations in paragraph 162 of Plaintiff's Complaint.

163.    LNRDRS denies the allegations in paragraph 163 of Plaintiff's Complaint.

164.    LNRDRS states that the allegations in paragraph 164 of Plaintiff's Complaint are legal conclusions that require no response.  To the extent that any facts are alleged, LNRDRS denies all allegations in paragraph 164 of Plaintiff's Complaint.

**CLAIM 13 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**(Against CREDIT FIRST)**
**(Alleged Negligent Noncompliance with the FCRA)**

165.    LNRDRS restates and incorporates its responses to paragraphs 1 through 164 as though fully stated herein.

166.    LNRDRS denies the allegations in paragraph 166 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

167.    LNRDRS denies the allegations in paragraph 167 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

168.    LNRDRS denies the allegations in paragraph 168 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 14 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against CREDIT FIRST)
### (Alleged Willful Noncompliance with the FCRA)

169.    LNRDRS restates and incorporates its responses to paragraphs 1 through 168 as though fully stated herein.

170.    LNRDRS denies the allegations in paragraph 170 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

171.    LNRDRS denies the allegations in paragraph 171 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

172.    LNRDRS denies the allegations in paragraph 172 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

## CLAIM 15 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT
### (Against WEB BANK)
### (Alleged Negligent Noncompliance with the FCRA)

173.    LNRDRS restates and incorporates its responses to paragraphs 1 through 172 as though fully stated herein.

174.    LNRDRS denies the allegations in paragraph 174 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

175.    LNRDRS denies the allegations in paragraph 175 of Plaintiff's

Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

176.     LNRDRS denies the allegations in paragraph 176 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

**CLAIM 16 - ALLEGED VIOLATION OF THE FAIR CREDIT REPORTING ACT**
**(Against WEB BANK)**
**(Alleged Willful Noncompliance with the FCRA)**

177.     LNRDRS restates and incorporates its responses to paragraphs 1 through 176 as though fully stated herein.

178.     LNRDRS denies the allegations in paragraph 178 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

179.     LNRDRS denies the allegations in paragraph 179 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

180.     LNRDRS denies the allegations in paragraph 180 of Plaintiff's Complaint for lack of knowledge or information sufficient to form a belief regarding the truth of the matters asserted.

181.     LNRDRS acknowledges that Plaintiff purports to request a jury trial, and to the extent further response is required, denies paragraph 181 of Plaintiff's Complaint.

**ADDITIONAL DEFENSES**

Without admitting any of the allegations in the Complaint, and without admitting or acknowledging that LNRDRS bears the burden of proof as to any of them,

LNRDRS asserts the following additional defenses. LNRDRS intends to rely on any other defenses that become available or apparent during pretrial proceedings and discovery in this action and reserves the right to assert all such defenses.

## FIRST ADDITIONAL DEFENSE

The Complaint fails to state a claim on which the Court may grant relief.

## SECOND ADDITIONAL DEFENSE

The Complaint fails to the extent that Plaintiff lacks standing or has not taken action necessary to recover under the FCRA.

## THIRD ADDITIONAL DEFENSE

Any recovery Plaintiff receives is subject to a set off if any damages are awarded against LNRDRS, in the amount of any damages or settlement amounts recovered by Plaintiff with respect to the same alleged damages. LNRDRS is also entitled to have any damages that may be awarded to Plaintiff reduced by the value of any benefit or payment to Plaintiff from any collateral source.

## FOURTH ADDITIONAL DEFENSE

Plaintiff's alleged damages, if any, are the result of the acts, errors, and omissions of third parties not controlled by LNRDRS, and those third parties were the sole cause of any such damages.

## FIFTH ADDITIONAL DEFENSE

Plaintiff's alleged damages, if any, are speculative or uncertain and therefore not compensable.

## SIXTH ADDITIONAL DEFENSE

Plaintiff's claims are barred, in whole or in part, by lack of injury or damages,

whether actual, presumed, or otherwise.

## SEVENTH ADDITIONAL DEFENSE

Plaintiff's alleged damages, if any, are the result of Plaintiff's own acts, errors, and omissions, which were the sole cause of any such damages.

## EIGHTH ADDITIONAL DEFENSE

Plaintiff failed to take reasonable steps to prevent damages, if any, and failed to mitigate any such alleged damages.

## NINTH ADDITIONAL DEFENSE

Plaintiff has improperly named LNRDRS as the defendant. LNRDRS did not prepare the report or reports at issue in this case. Plaintiff's Complaint fails to attach or specify the consumer report or reports at issue.

## PRAYER

WHEREFORE, Defendant LexisNexis Risk Data Retrieval Services LLC requests this Court to enter a judgment:

1.      denying Plaintiff any and all relief in this case;

2.      dismissing Plaintiff's claims in their entirety;

3.      dismissing this case with prejudice;

4.      awarding Defendant LNRDRS its costs and attorneys' fees incurred in this case; and

5.      granting Defendant LNRDRS all other relief that the Court deems just and proper.


Respectfully submitted,

Russell Q. Allison
CARR ALLISON
100 Vestavia Parkway
Birmingham, AL 35216
(205) 949.2954 phone
(205) 822.2057 fax
Email: rallison@carrallison.com

Martin A. Foos *(pro hac vice forthcoming)*
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3729
Telecopier: (937) 227-3717
Email: mfoos@ficlaw.com

Attorneys for Defendant
LexisNexis Risk Data Retrieval Services LLC

## CERTIFICATE OF SERVICE

I certify that on the _30th_ day of January, 2015, I electronically filed the foregoing

Defendant LexisNexis Risk Data Retrieval Services LLC's Answer to Plaintiff's Complaint with

the Clerk of Courts using the CM/ECF system, which will send notification of such filing to

CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the

document to the non-CM/ECF participants: Credit First National Association and Kroll Factual

Data, Inc.

Micah S. Adkins, Esq.
THE ADKINS FIRM PC
The Kress Building
301 19th Street North Suite 581
Birmingham, AL 35203
Email: MicahAdkins@ItsYourCredit Report.com

Attorney for Plaintiff


L. Jackson Young, Jr., Esq.
FERGUSON FROST & DODSON LLP
1400 Urban Center Drive, Suite 200
P.O. Box 430189
Birmingham, AL 35243-0189

Attorneys for Defendant Experian Information Systems, Inc.


Kirkland E. Reid
JONES WALKER WAECHTER POITEVENT CARRERE & DENEGRE LLP
254 State Street
Mobile, AL 36603
Email: kreid@joneswalker.com

Attorneys for Equifax Information Services, LLC

Matthew Robinett
NORMAN WOOD KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205

Attorneys for Trans Union LLC


Credit First, N.A.
Credit First National Association
ATTN: Dean Miller, President
(Bridgestone Credit Division)
6275 Eastland Road
Brook Park, OH 44142


R. Frank Springfield, Esq.
Ryan J. Hebson, Esq.
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Email: fspringfield@burr.com
        rhebson@burr.com

Attorneys for DataQuick Lending Solutions, Inc.


Kroll Factual Data, Inc.
c/o Registered Agent:
CSC LAWYERS INCORPORATION SVC INC.
150 S. Perry Street
Montgomery, AL 36104

Philip J. Carroll, III
Sarah Elizabeth Merkle
BRADLEY ARANT BOULT CUMMINGS LLP
1819 Fifth Avenue N
Birmingham, AL 35203
Email: pcarroll@babc.com
      smerkle@babc.com

Attorneys for WebBank

_____
Russell Q. Allison

913466.1