# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM BURDEN,** | } |
| | } |
| **Plaintiff,** | } |
| | } |
| v. | } Case No.: 5:14-cv-02271-MHH |
| | } |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al.,** | } |
| | } |
| **Defendants.** | } |

## ORDER

Plaintiff William Burden and defendant Experian Information Solutions, Inc. have filed a joint stipulation of dismissal.  (Doc. 88).  The Court **ORDERS** that the action against defendant Experian is **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs and fees.  Because there are no remaining claims in this action, the Court asks the Clerk to please close the file.

**DONE** and **ORDERED** this December 8, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE